USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
:
KENNETH P. SILVERMAN, ESQ., *The Chapter 7* :
*Trustee of the Jointly Administered Estates of National Events* :
*Holdings, LLC, and its Affiliated Debtors*, :    1:22-cv-5211-GHW
:
                              Plaintiff, :    ORDER
:
                 -against- :
:
CITIBANK, N.A., :
:
                             Defendant. :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on June 21, 2022. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than July 5, 2022. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: June 23, 2022

                                                                                      _____
                                                                            GREGORY H. WOODS
                                                                    United States District Judge