UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kenneth P. Silverman, Esq., as Chapter 7 Trustee<br>Plaintiff(s),<br><br>v.<br><br>Citibank, N.A.                    Defendant(s). | 22-cv-5211(DEH)<br><br>**CIVIL CASE MANAGEMENT<br>PLAN AND SCHEDULING<br>ORDER** |

DALE E. HO, United States District Judge:

    This Civil Case Management Plan and Scheduling Order is submitted by the parties in accordance with Rule 26(f)(3).[1]

1. All parties [consent ___ / do not consent [X] ] to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without any adverse substantive consequences. [*If all parties consent, the remaining paragraphs need not be completed at this time. Instead, within three business days of submitting this Case Management Plan and Scheduling Order, the parties shall submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, available at* https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.]

2. The case [is [X] /is not ___ ] to be tried to a jury.

3. The parties [have [X] / have not ___ ] conferred pursuant to Rule 26(f).

4. Settlement discussions [have ___ / have not [X] ] taken place.

    a. Counsel for the parties have discussed an informal exchange of information in aid of early settlement and have agreed to exchange the following information within N/A days/weeks:  From January to May 2022, prior to Plaintiff's commencement of this action, Citibank produced to Plaintiff approximately 3,300 documents, which all were responsive to additional discovery requests propounded by Plaintiff in this action on November 27, 2023, and provided one approximately 5.5-hour deposition which shall constitute testimony in this action, pursuant to an order of the U.S. Bankruptcy Court for the S.D.N.Y. entered under Bankruptcy Rule 2004.  Additionally, Defendant provided Plaintiff certain bank statements and transaction documents, also in response to a Bankruptcy Rule 2004 order

---

[1] All references to Rules are to the Federal Rules of Civil Procedure.

       entered by the Bankruptcy Court.  The parties exchanged initial requests for document production in this action on November 27, 2023.  Plaintiff believes his document production is complete and Citibank believes its document production is substantially complete.

    b. Counsel for the parties believe the following alternative dispute resolution mechanisms may be helpful in resolving this case (check all that apply):

- [ ] Immediate referral to the District's Mediation Program
- [X] Immediate referral to a Magistrate Judge <u>Plaintiff, only</u>
- [ ] Referral to the District's Mediation Program after the close of fact discovery
- [X] Referral to Magistrate Judge after close of fact discovery <u>Plaintiff, only</u>
- [X] Retention of a private mediator.  <u>Both parties</u>
- [ ] Other: _____

    c. **The use of any alternative dispute resolution mechanism does not stay <u>or</u> modify any date in this order.**

5. Initial disclosures pursuant to Rule 26(a)(1) shall be completed no later than <u>Completed January 4, 2024</u>. [*Absent exceptional circumstances, a date not more than **14 days** following the Initial Pretrial Conference.*]

6. Unless a party amends a pleading as a matter of course pursuant to Rule 15(a)(1), amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion for leave to amend or join additional parties shall be filed no later than <u>N/A</u>. [*Absent exceptional circumstances, a date not more than **30 days** following the date of this Order. Any motion to amend or to join additional parties filed after the deadline in this paragraph will be subject to the "good cause" standard in Rule 16(b)(4) rather than the more lenient standards of Rule 15 and 21.*]

7. Fact Discovery

    a. All fact discovery shall be completed no later than <u>September 30, 2024</u>. [*A period not to exceed **120 days** from the date of this Order, unless approved by the Court due to exceptional circumstances.*]

    b. Initial requests for production of documents pursuant to Rule 34 shall be served no later than <u>Completed November 27, 2023</u>. [*Absent exceptional circumstances, a date not more than **30 days** following the Initial Pretrial Conference.*]

c. Interrogatories pursuant to Rule 33 shall be served no later than <u>Completed December 15, 2023</u>. [*Absent exceptional circumstances, a date not more than **30 days** following the Initial Pretrial Conference.*

d. Contention interrogatories pursuant to Rule 33.3(c) of the Local Civil Rules of the Southern District of New York must be served no later than thirty (30) days before the close of discovery.  No other interrogatories are permitted without prior express permission of the Court.  <u>Contention interrogatories were served on June 14, 2024, and responses shall be completed by October 7, 2024.</u>

e. Depositions pursuant to Rules 30 and 31 shall be completed by the date set forth in paragraph 7(a).

f. Requests to admit pursuant to Rule 36 <u>were served on June 10, 2024.  Responses shall be due on September 27, 2024</u>. [*Absent exceptional circumstances, a date no later than **30 days** before the close of all discovery.*]

g. Any of the deadlines in paragraphs 7(b)–(f) may be extended by the written consent of all parties without application to the Court, provided that all discovery pursuant to paragraphs 7(b)–(c) and (e) is completed by the date set forth in paragraph 7(a).

8. [*If applicable*] Expert Discovery

    a. Anticipated types of experts: <u>Both parties anticipate proffering experts in banking / money laundering and damages</u>.

    b. All expert discovery, including expert reports and depositions, shall be completed no later than <u>February 4, 2025</u>. [*Absent exceptional circumstances, a date no later than **45 days** from the end of fact discovery deadline set forth in paragraph 7(a).*]

    c. Plaintiff's expert disclosures pursuant to Rule 26(a)(2) shall be made no later than <u>November 5, 2024</u>.  Defendant's expert disclosures pursuant to Rule 26(a)(2) shall be made no later than    <u>December 19, 2024</u>.

    d. The interim deadlines in paragraph 8(c) may be extended by the written consent of all parties without application to the Court, provided that expert discovery is completed by the date set forth in paragraph 8(b).

The conference scheduled for October 15, 2024 is **ADJOURNED**.

9. [*To be completed by the Court*] The Court will conduct a case management conference following the close of discovery on  02/18/2025  at  10:30 a.m. ET    . The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 297 752 202  , followed by the pound sign (#). The parties shall submit a joint status letter by 02/11/2024   . The letter shall state whether any party intends to file a dispositive motion. The letter shall further describe the efforts the parties have made to settle the action and state whether the parties request a referral for settlement discussions before the assigned Magistrate Judge or through the District's Mediation Program.

3

10. Unless otherwise ordered by the Court, the parties shall submit to the Court for its approval a Joint Pretrial Order—prepared in accordance with the Court's Individual Trial Rules and Procedures and Rule 26(a)(3)—by <u>April 15, 2025 if no dispositive motion is filed, or, if a dispositive motion is filed by 30 days after a decision on such motion. Motions for summary judgment shall be filed by April 15, 2025</u>. [*Absent exceptional circumstances, within* **30 days** *of the close of all discovery or, if a dispositive motion has been filed, no more than* **30 days** *of a decision on such motion.*]

11. The parties shall be ready for trial as of **two weeks** following the deadline for the proposed Joint Pretrial Order.

12. Counsel for the parties have conferred and their best estimate of the length of trial is <u>three to five days</u>.

13. Other issues to be addressed at the Initial Case Management Conference, including those set forth in Rule 26(f)(3), are set forth below:

    _____
    _____
    _____
    _____

14. This Order may not be modified or the dates herein extended, except as provided in paragraphs 7(g) and 8(d) or by further Order of the Court for good cause shown. Any application to modify or extend the dates herein, except as provided in paragraphs 7(g) and 8(d), shall be made in a written application in accordance with the Court's Individual Rules and Practices and shall be made no fewer than **two business days** prior to the expiration of the date sought to be extended.

Dated: July 2, 2024

    New York, New York

SO ORDERED.

_____
DALE E. HO
United States District Judge