# KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

DANIEL J. FETTERMAN
DIRECT DIAL: (212) 506-1934
DIRECT FAX: (212) 500-3434
DFETTERMAN@KASOWITZ.COM

May 27, 2025

**VIA ECF**

The Honorable Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     _Kenneth P. Silverman, Esq. v. Citibank, N.A._, Case No. 22-cv-5211 (DEH) (the "Action")

Dear Judge Ho:

We represent Plaintiff Kenneth P. Silverman, Esq., Chapter 7 Trustee[1] in this Action and respectfully submit this letter jointly with counsel for defendant Citibank, N.A. ("Defendant") to request a slight modification of the deadlines set forth in the Court's Amended Case Management Plan and Scheduling Order (the "Amended CMO") [Docket No. 138].

The parties have completed fact discovery and each party has served its expert disclosures in accordance with the deadlines contained in the Amended CMO. The Amended CMO provides for the completion of expert discovery, including expert depositions, no later than June 2, 2025. The parties request the following modifications to the Amended CMO. First, due to scheduling issues, the parties have agreed, subject to the Court's approval, to take the deposition of one of the Defendant's experts on June 5, 2025. Second, it is anticipated that the parties will file one or more summary judgment motions. Because the parties do not anticipate that they will rely on the opinions offered by the damage experts in connection with the summary judgment motions, the parties have agreed, subject to the Court's approval, to defer the depositions of each party's damage expert until after a decision on such motion or motions.[2] These proposed modifications will not impact any of the other deadlines in the Amended CMO, including the current August 20, 2025 deadline for filing summary judgment motions.

---

[1] Plaintiff is the Chapter 7 Trustee of the bankruptcy estates of National Events Holdings, LLC, _et al._ (collectively, the "Debtors"), in the Debtors' bankruptcy cases pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), jointly administered as Case No. 17-11556 (JLG).

[2] The parties have agreed that in the unlikely event that a party does rely on opinions of its damage expert in supporting or opposing a summary judgment motion, the depositions of the damage experts can be taken at such time.

# Kasowitz Benson Torres llp

The Honorable Dale E. Ho
May 27, 2025
Page 2


      The parties are, of course, available should Your Honor have any questions concerning this letter.

                                        Respectfully,

                                        /s/ Daniel J. Fetterman
                                        Daniel J. Fetterman


cc:  John Gueli, Esq.