UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH P. SILVERMAN, ESQ., the Chapter 7 Trustee of the Jointly Administered Estates of National Events Holdings, LLC and its Affiliated Debtors,<br><br>      Plaintiff,<br><br>  v.<br><br>Citibank, N.A.,<br><br>      Defendant. | Case No. 22-cv-05211 (DEH) |

## ~~[PROPOSED]~~ ORDER GRANTING MOTION TO WITHDRAW APPEARANCES

Upon the reading and filing of the Motion to Withdraw Appearances for Howard W. Schub, Katherine Gauthier, and Michele Lauren Angell it is:

ORDERED, that, pursuant to Rule 1.4(b) of the Local Rules of the Southern District of New York, Howard W. Schub, Katherine Gauthier, and Michele Lauren Angell are hereby permitted to withdraw as counsel of record for Plaintiff;

ORDERED, that the Clerk shall amend the docket and other court records to reflect the withdrawal of Howard W. Schub, Katherine Gauthier, and Michele Lauren Angell as counsel of record for Plaintiff;

ORDERED, that Howard W. Schub, Katherine Gauthier, and Michele Lauren Angell shall be removed from all electronic and other service lists in the Court's records for this matter.

IT IS SO ORDERED.

Dated: August 14, 2025

                     _____
                     Dale E. Ho
                     United States District Judge